UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHONG TRANG TRAN NGUYEN (A-Number: 079-868-912),

Petitioner,

v.

WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY,

Respondent.

Case No.  1:26-cv-3106-DAD-JDP

ORDER

On April 29, 2026, the court denied petitioner's motion for temporary restraining order and referred the matter to me for further proceedings.  ECF No. 8.  Still pending is respondent's opposition to the petition, ECF No. 7.  Petitioner may file a traverse within seven days of service of this order.

Accordingly, it is hereby ORDERED that within seven days of service of this order, petitioner may file a traverse.  The matter will be deemed submitted either when petitioner files a traverse or when his allotted time for doing so has expired.

IT IS SO ORDERED.

Dated:    May 1, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1